## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:97-CR-177-RLV-DCK-01

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER OF CONTINUING** |
| | ) | **GARNISHMENT** |
| BEULAH DENISE BODERICK, | ) | |
| | ) | |
| Defendant, | ) | |
| and | ) | |
| | ) | |
| SEDGWICK CLAIMS MANAGEMENT | ) | |
| SERVICES INC., | ) | |
| | ) | |
| Garnishee. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Answer of Sedgwick Claims Management Services Inc., as Garnishee. A "Judgment" (Document No. 16) was entered against Defendant on September 2, 1998.

On November 2, 2015, the Court entered a "Writ Of Continuing Garnishment" (Document No. 19) ("Writ"), to Garnishee, Sedgwick Claims Management Services Inc., ("Garnishee"). The United States is entitled to a wage garnishment of up to twenty-five percent of net income and has satisfied the prerequisites set forth in 15 U.S.C. §1673. Defendant was served with the Writ on November 16, 2015, and Garnishee was served on November 18, 2015.

Defendant filed a *pro se* Motion for Hearing on November 20, 2015 (Document No. 23), and the United States filed its "Response To Request For Hearing" (Document No. 24) on November 24, 2015. Garnishee filed its "Answer Of Garnishee" (Document No. 25) on November 24, 2015, stating that at the time of the service of the Writ, Garnishee had in their custody, control

or possession property or funds owned by Defendant, including non-exempt, disposable earnings.

An "Order" (Document No. 26) denying Defendant's Request for Hearing, without prejudice, was issued by the Honorable Richard L. Voorhees on October 12, 2016. In that Order, Judge Voorhees directed that absent a timely new motion by Defendant, the Court would enter an Order Of Continuing Garnishment. (Document No. 26, p.6).

**IT IS THEREFORE ORDERED** that an "Order Of Continuing Garnishment" is hereby entered in the amount of **$6,518.38** computed through November 2, 2015. Garnishee will pay the United States up to twenty-five percent of Defendant's net earnings which remain after all deductions required by law have been withheld and one hundred percent of all 1099 payments, and Garnishee will continue said payments until the debt to Plaintiff is paid in full or until Garnishee no longer has custody, possession or control of any property belonging to Defendant or until further Order of this Court.

Payments should be made payable to the United States Clerk of Court and mailed to:

Clerk of the United States District Court
401 West Trade Street
Charlotte, NC 28202

In order to ensure that each payment is credited properly, the following should be included on each check: Court Number DNCW3:97CR177-01.

**IT IS FURTHER ORDERED** that Garnishee will advise this Court if Defendant's employment is terminated at any time by Garnishee or Defendant.

Plaintiff will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment Defendant would normally receive may be offset and applied to this debt.

**SO ORDERED**.

Signed: June 12, 2017

David C. Keesler
United States Magistrate Judge