IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:97-CR-177-RLV-DCK |
| | ) | (Financial Litigation Unit) |
| BEULAH DENISE BODERICK | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SEDGWICK CLAIMS MANAGEMENT | ) | |
| SERVICES, INC., | ) | |
| Garnishee. | | |

## DISMISSAL OF WRIT OF CONTINUING GARNISHMENT

**THIS MATTER IS BEFORE THE COURT** on the government's "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 29) filed November 15, 2017. For the reasons stated therein, and for good cause shown, it is **ORDERED** that the Order of Continuing Garnishment filed in this case against Defendant Beulah Denise Boderick is **DISMISSED**.

Signed: November 16, 2017

David C. Keesler
United States Magistrate Judge